USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2024

# THE WEITZ LAW FIRM, P.A.

May 20, 2024

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

        Re:    **Norris v. Club On Broadway, LLC**, et al.
                **Case 1:24-cv-01991-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Case Management Plan in this matter was currently due May 20, 2024. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 10 and D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Case Management Plan is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                  Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com

    GRANTED.  The parties shall file their joint letter and case management plan by **July 8, 2024.**

SO ORDERED.

Dated: May 22, 2024
       New York, New York

                                  ANALISA TORRES
                                 United States District Judge