UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

CLUB ON BROADWAY, LLC, a New York limited liability company, d/b/a SAPPHIRE TIMES SQUARE & STS GRILL, and NRP 1674 LLC, a Delaware limited liability company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

24 Civ. 1991 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 19, 2024, at 10:00 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge